JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:23-cv-05812-SVW (PVCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Stephen V. Wilson |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:23-cv-05812-SVW (PVCx), is dismissed in its entirety as to all defendants with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

　　　**IT IS SO ORDERED.**

Dated: _October 31_, 2023

_____
Hon. Stephen V. Wilson
United States District Court Judge

180984.1